IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VONDA K. KENNEDY,

    Plaintiff,

vs.                                               CASE NO.: 5:08-cv-347-SPM-WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 16), which recommends that the Defendant's decision to deny the Plaintiff's application for Social Security benefits be affirmed. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 16) is *adopted* and incorporated by reference in this order.

2. The decision of the Commissioner to deny the Plaintiff's application

for Social Security benefits is affirmed.

DONE AND ORDERED this <u>fifteenth</u> day of October, 2009.

                                          *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge